UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHI FENG CHEN,<br><br>                Petitioner,<br><br>     v.<br><br>MICHAEL MUKASEY, et al.,<br><br>                Respondents. | Case No. CV 08-6635 SJO(JC)<br><br><br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that Petitioner's request to dismiss this action is granted, and that this action is dismissed.

DATED:    January 13, 2009          /S/ S. James Otero

                                                          HONORABLE S. JAMES OTERO<br>                                                          UNITED STATES DISTRICT JUDGE